## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 16-70621-JAD** |
| | : | |
| **Matthew Hauger,** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | |
| **Matthew Hauger,** | : | |
| **Movant** | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Matthew Hauger,** hereby state as follows:

1. I am self-employed and I earn business income of $2,500.00 per month.

2. I work part-time for the Ferndale Area School District and earn average wages of $333.33 per month.

3. I have filed income tax returns for the years 2012 – 2015.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.


I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.


Date: September 22, 2016                    /s/ Matthew Hauger
                                             **Matthew Hauger**
                                             Debtor