**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew L. Hauger**
    Debtor(s)

Bankruptcy Case No.: 16–70621–JAD
Doc. #31
Chapter: 13
Docket No.: 32 – 31
Concil. Conf.: November 9, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 23, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 9, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## <u>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</u>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70621-JAD
Matthew L. Hauger                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: skoz           Page 1 of 2           Date Rcvd: Aug 23, 2017
                             Form ID: 410          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db          +Matthew L. Hauger,    1013 Vickroy Avenue,    Johnstown, PA 15905-4032
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Peoples Natural Gas Company LLC,    Attention:  Barbara Rodgers,    375 North Shore Drive,
              Pittsburgh, PA 15212-5866
14295245    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14295232    ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,    PO Box 11732,    Newark, NJ 07101)
14295238    +KML Law,   701 Market St #5000,    Philadelphia, PA 19106-1541
14281654    +Peoples Gas Bankruptcy Department,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14281655    +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861
14346923    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14295244    +Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14281648    +E-mail/Text: bkr@cardworks.com Aug 24 2017 01:32:46    Advanta Bank Corporation,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14281649    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2017 01:44:28
              American InfoSource LP as agent fo,    PO Box 248838,    Oklahoma City, OK 73124-8838
14295231    +E-mail/Text: aquist@creditorsprotection.com Aug 24 2017 01:35:55     CREDITORS PROTECTION,
              308 W STATE ST STE 485,    Rockford, IL 61101-1196
14281650    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:33:21    DITECH FINANCIAL LLC,
              PO BOX 6154,    Rapid City, SD 57709-6154
14360716     E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:33:21
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
14295234    +E-mail/Text: bknotice@ercollections.com Aug 24 2017 01:34:43    ENHANCED RECOVERY CO L,
              8014 BAYBERRY RD,    Jacksonville, FL 32256-7412
14281651     E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:38:39    GREEN TREE SERVICING,
              332 MINNESOTA ST STE  610,    Saint Paul, MN 55101
14295235     E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 01:33:21    GREEN TREE SERVICING,
              P.O. Box 6154,    Rapid City, SD 57709
14281652    +E-mail/Text: cio.bncmail@irs.gov Aug 24 2017 01:33:15    Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
14281653    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:34:02
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14281656    +E-mail/Text: bkdepartment@rtresolutions.com Aug 24 2017 01:34:54    Real Time Resolutions,
              1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
14312653     E-mail/Text: bkdepartment@rtresolutions.com Aug 24 2017 01:34:54
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
14295243    +E-mail/Text: JBRLANSKY@USSCOFCU.NET Aug 24 2017 01:36:29    USSCO Johnstown fcu,
              532 Oakridge Drive,    Johnstown, PA 15904-6915
                                                                                     TOTAL: 13


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ditech Financial LLC
cr            GREEN TREE SERVICING LLC
14295229*   +Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
              Greenville, SC 29603-0368
14295230*   +American InfoSource LP as agent fo,    PO Box 248838,    Oklahoma City, OK 73124-8838
14295233*   +DITECH FINANCIAL LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
14295236*   +++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: GREEN TREE SERVICING,    332 MINNESOTA ST STE  610,
              Saint Paul, MN 55101)
14295237*   +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14295714*    Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14295239*   +Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA 17128-0946
14295240*   +Peoples Gas Bankruptcy Department,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14295241*   +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861
14295242*   +Real Time Resolutions,    1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
                                                                         TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0315-7          User: skoz              Page 2 of 2              Date Rcvd: Aug 23, 2017
                             Form ID: 410             Total Noticed: 23

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Matthew L. Hauger help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas I. Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                              TOTAL: 7