Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Matthew L. Hauger** | : | Case No. 16–70621–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 31 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

       *AND NOW,* this *1st day of November, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

       (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-70621-JAD
Matthew L. Hauger                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel          Page 1 of 2          Date Rcvd: Nov 01, 2017
                              Form ID: 309         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Matthew L. Hauger,    1013 Vickroy Avenue,    Johnstown, PA 15905-4032
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                Pittsburgh, PA 15212-5866
14295238       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14281654       +Peoples Gas Bankruptcy Department,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14281655       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861
14346923       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14281648       +EDI: MERRICKBANK.COM Nov 02 2017 01:28:00      Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14281649       +EDI: AIS.COM Nov 02 2017 01:28:00      American InfoSource LP as agent fo,    PO Box 248838,
                Oklahoma City, OK 73124-8838
14295231       +E-mail/Text: aquist@creditorsprotection.com Nov 02 2017 01:35:14      CREDITORS PROTECTION,
                308 W STATE ST STE 485,    Rockford, IL 61101-1196
14295245        EDI: RCSDELL.COM Nov 02 2017 01:28:00      Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682
14295232        EDI: DIRECTV.COM Nov 02 2017 01:29:00      Directv,    PO Box 11732,    Newark, NJ 07101
14281650       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2017 01:34:37      DITECH FINANCIAL LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154
14360716        E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2017 01:34:37
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14295234       +E-mail/Text: bknotice@erccollections.com Nov 02 2017 01:35:02      ENHANCED RECOVERY CO L,
                8014 BAYBERRY RD,    Jacksonville, FL 32256-7412
14281651        EDI: RMSC.COM Nov 02 2017 01:28:00      GREEN TREE SERVICING,    332 MINNESOTA ST STE  610,
                Saint Paul, MN 55101
14295235        E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2017 01:34:37      GREEN TREE SERVICING,
                P.O. Box 6154,    Rapid City, SD 57709
14281652       +EDI: IRS.COM Nov 02 2017 01:28:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
14281653       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2017 01:34:44
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14281656       +E-mail/Text: bkdepartment@rtresolutions.com Nov 02 2017 01:35:04      Real Time Resolutions,
                1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
14312653        E-mail/Text: bkdepartment@rtresolutions.com Nov 02 2017 01:35:04
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
14295243       +E-mail/Text: JBRLANSKY@USSCOFCU.NET Nov 02 2017 01:35:22      USSCO Johnstown fcu,
                532 Oakridge Drive,    Johnstown, PA 15904-6915
14295244       +EDI: VERIZONWIRE.COM Nov 02 2017 01:28:00      Verizon,    PO Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                          TOTAL: 16


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              GREEN TREE SERVICING LLC
14295229*      +Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
14295230*      +American InfoSource LP as agent fo,    PO Box 248838,    Oklahoma City, OK 73124-8838
14295233*      +DITECH FINANCIAL LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
14295236*     ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court: GREEN TREE SERVICING,    332 MINNESOTA ST STE  610,
                Saint Paul, MN 55101)
14295237*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14295714*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14295239*      +Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14295240*      +Peoples Gas Bankruptcy Department,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14295241*      +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5861
14295242*      +Real Time Resolutions,    1349 Empire Central Dr,    Ste 150,    Dallas, TX 75247-4029
                                                                        TOTALS: 2, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Nov 01, 2017
                              Form ID: 309            Total Noticed: 23
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis   on behalf of Debtor Matthew L. Hauger help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas I. Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                              TOTAL: 7
```