**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MATTHEW L. HAUGER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:16-70621 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/30/2016 and confirmed on 11/29/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 2,194.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,194.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 819.29 | |
|   Trustee Fee | 97.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 916.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE <br>     Acct: 4402 | 0.00 | 968.84 | 0.00 | 968.84 |
|   BANK OF NEW YORK MELLON - TRUSTEE <br>     Acct: 8444 | 0.00 | 308.24 | 0.00 | 308.24 |
|   BANK OF NEW YORK MELLON - TRUSTEE <br>     Acct: 8444 | 5,321.12 | 0.00 | 0.00 | 0.00 |
|   DITECH FINANCIAL LLC F/K/A GREEN TREE <br>     Acct: 4402 | 22,912.63 | 0.00 | 0.00 | 0.00 |
| | | | | 1,277.08 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MATTHEW L. HAUGER <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE* <br>     Acct: 4471 | 5,444.61 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE* <br>     Acct: 4471 | 1,038.03 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE W WILLIS ESQ | 3,000.00 | 819.29 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | ADVANTA BANK CORPORATION | 10,136.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DITECH FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 1,879.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 4471 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 808.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 4471 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 2,132.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 0984 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | USSCO FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMY SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                 1,277.08

TOTAL CLAIMED
PRIORITY              6,482.64
SECURED              28,233.75
UNSECURED            14.956.52

Date: 12/11/2017                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com